# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Tresco, Inc. ) | ASBCA Nos. 58200, 58201 |
| ) | 58202, 58203 |
| ) | |
| Under Contract No. W9124Q-04-C-0120 ) | |

APPEARANCE FOR THE APPELLANT:    Ms. Pam Lillibridge
                                 President

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                 CPT Michael E. Barnicle, JA
                                  Trial Attorney

## ORDER OF DISMISSAL

The parties have settled these appeals and have executed a bilateral modification effectuating the terms of the settlement agreement. The parties have jointly moved to dismiss these appeals subject to reinstatement only in the event that the settlement terms are not fulfilled within 60 days.

Accordingly, these appeals are dismissed with prejudice subject to reinstatement only in the event that the settlement terms are not fulfilled by 7 July 2014.

Dated:  8 May 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58200, 58201, 58202, 58203, Appeals of Tresco, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals